**Order entered March 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-04-01358-CV

**BASIC CAPITAL MANAGEMENT, INC., ET AL., Appellants**

**V.**

**DYNEX COMMERCIAL, INC., AND DYNEX CAPITAL, INC., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-00675**

## ORDER

Before the Court is appellees' second motion for extension of time to file a motion for rehearing. The motion is unopposed. We **GRANT** the motion. The time for appellees to file a motion for rehearing is extended to April 15, 2013.

/s/    JIM MOSELEY
        JUSTICE